1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney

2

3

4

5

FILED

2007 AUG -7 P 3: 59

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

6

7

8

9

10

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

11

12  UNITED STATES OF AMERICA, **CR** )  No. **07  00517**

13              Plaintiff,        )    <u>VIOLATION</u>: 18 U.S.C. §13 –
                                  )    assimilating California Vehicle Code §
14         v.                     )    14601.1(a) - Driving When Privilege
                                  )    Revoked or Suspended for Other Reasons
15  RUBEN CORREA,                 )
                                  )
16              Defendant.        )    SAN JOSE VENUE
17                                )
                                  )
18  _____ )

19

20                              <u>INFORMATION</u>

21  The United States Attorney charges:

22  <u>COUNT ONE</u>:  (18 U.S.C. §13 – assimilating California Vehicle Code § 14601.1(a) -
                   Driving When Privilege Revoked or Suspended for Other Reasons)

23

24      On or about April 5, 2007, at Fort Hunter Liggett, in the County of Monterey, Northern

25  District of California, an area within the special maritime and territorial jurisdiction of the United

26  States, the defendant,

27                              RUBEN CORREA,

28  did unlawfully drive a motor vehicle upon a highway at a time when his driving privilege was

**INFORMATION**

1  suspended for a reason other than one listed in Section 14601, 14601.2 and 14601.5 of the

2  California Vehicle Code, to wit failure to appear, and when he had knowledge of such

3  suspension, in violation of Title 18, United States Code, Section 13, assimilating California

4  Vehicle Code § 14601.1(a), a class B misdemeanor.

5

6

7  DATED: _8/7/2007_

                 SCOTT N. SCHOOLS
                 United States Attorney

8

9

10                  DAVID R. CALLAWAY

11                  Deputy Chief, San Jose Office

12

13

14 (Approved as to form: _____)
             SAUSA Nelson

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**INFORMATION**                                    2

CR 07 00517 RS

AO 257
(Rev. 9/92)

PER 18 U.S.C. 3170

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION — IN U.S. DISTRICT COURT

BY  ☐ COMPLAINT  ☑ INFORMATION  ☐ INDICTMENT

FILED
2007 AUG -7 P 3: 59
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

Name of District Court, and/or Judge/Magistrate Judge Location (City)

Northern District of California

### OFFENSE CHARGED

(See attached sheet.)

☐ Petty
☐ Minor
☑ Misdemeanor
☐ Felony

DEFENDANT — U.S. vs.

► Ruben Correa

Address
210 San Lorenzo Street
King City, CA 93930

Birth Date  6/25/1982  ☑ Male  ☐ Female  ☐ Alien  (if applicable)

(Optional unless a juvenile)

Place of offense
Fort Hunter Liggett, CA

U.S.C. Citation
(See attached sheet.)

### PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per FRCrP ☐ 20  ☐ 21  ☐ 40.  Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y  ☐ Defense

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under ►

MAGISTRATE JUDGE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM

Scott N. Schools

☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)  Amy J. Nelson, SAUSA

### DEFENDANT

**IS NOT IN CUSTODY**

1) ☐ Has not been arrested, pending outcome of this proceeding
If not detained, give date any prior summons was served on above charges ►

2) ☐ Is a Fugitive

3) ☑ Is on Bail or Release from (show District)
Northern District of California, FHL PD

**IS IN CUSTODY**

4) ☐ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges  ☐ Fed'l  ☐ State
If answer to (6) is "Yes," show name of institution

Has detainer been filed?  ☐ Yes  ☐ No
If "Yes," give date filed
Mo.  Day  Year

DATE OF ARREST ►

Or . . . if Arresting Agency & Warrant were not Federal
Mo.  Day  Year

DATE TRANSFERRED TO U.S. CUSTODY ⇨

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

PROCESS: Summons for Arraignment

Howard R. Lloyd   9:00 am

To appear before Magistrate Judge ~~Patricia V. Trumbull~~ on December 3, 2007 at ~~8:00~~am at the U.S. District Court located at 1000 South Main St., #214, Salinas, CA 93901.

**ATTACHMENT TO PENALTY SHEET**
**U.S. v. Correa**

**COUNT ONE:**  18 U.S.C. Section 13, assimilating California Vehicle Code Section 14601.1(a) – Driving while license suspended for failing to appear.

Penalties:    Mandatory Minimum:  $300.00 fine
Maximum Penalties:
6 Months imprisonment
$1000.00 fine