1  SCOTT N. SCHOOLS (SCSBN 9990)
   United States Attorney
2
   MARK L. KROTOSKI (CASBN 138549)             **FILED**
3  Chief, Criminal Division

4  AMY J. NELSON (OKBN 19898)                  SEP 2 6 2007
   Special Assistant United States Attorney
5
       Defense Language Institute – Criminal Law
6      1336 Plummer Street, Building 275
       Monterey, CA 93944
7      Telephone: (831) 242-4537
       FAX: (831) 242-5198
8
   Attorneys for Plaintiff
9

10                  UNITED STATES DISTRICT COURT

11                  NORTHERN DISTRICT OF CALIFORNIA

12                         SALINAS DIVISION

13 UNITED STATES OF AMERICA,       )   No. CR-07-00517-RS
                                   )
14         Plaintiff,              )
                                   )
15     vs.                         )   MOTION AND ORDER
                                   )   FOR SUMMONS
16 RUBEN CORREA                    )
                                   )
17         Defendant.              )
                                   )
18

19 _____

20     The Government hereby requests that a new summons be issued for the above named

21 defendant.

22     Service of process on the above named defendant was attempted on 30 August 2007 in

23 King City, California by the United States Marshall Office. Service of process could not be

24 effected due to an incorrect address for the defendant.

25

26

1

The Government requests that the time, date, and location of initial hearing on the new summons remain 3 December 2007 at 9:00 AM at the United States Bankruptcy Court, Building 214, 1000 Main Street, Salinas, California.

The defendant's address is 210 S. San Lorenzo Street, King City, CA 93930.

The Government makes this request based on the charge specified in the Information filed with the Court on 7 August 2007, which was violation of 18 U.S.C. §13, assimilating California Penal Code §14601.1(a) – Driving When Privilege Revoked or Suspended for Other Reasons.

SCOTT N. SCHOOLS
United States Attorney

_____
AMY J. NELSON
Special Assistant United States Attorney

**ORDER**

Based on the government's motion and good cause appearing,

IT IS HEREBY ORDERED that a Summons be issued for the above named defendant.

Dated: 9/26/ 2007    _____
RICHARD SEEBORG
United States Magistrate Judge

2