1  SCOTT N. SCHOOLS (SCSBN 9990)
   United States Attorney
2
3  MARK L. KROTOSKI (CASBN 138549)
   Chief, Criminal Division
4  AMY J. NELSON (OKBN 19898)
   Special Assistant United States Attorney
5
6       Defense Language Institute – Criminal Law
        1336 Plummer Street, Building 275
        Monterey, CA  93944
7       Telephone: (831) 242-4537
        FAX: (831) 242-5198
8
   Attorneys for Plaintiff
9

10                  UNITED STATES DISTRICT COURT
11                 NORTHERN DISTRICT OF CALIFORNIA
12                        SALINAS DIVISION

13 UNITED STATES OF AMERICA,          )   No.  CR 07 00517 RS
                                      )
14        Plaintiff,                  )
                                      )
15        vs.                         )   MOTION FOR WARRANT
                                      )
16 RUBEN CORREA,                      )
                                      )
17        Defendant.                  )
                                      )
18

19      The Government hereby requests that a warrant in the amount of $500.00 be issued for
20 the above named defendant.
21      Service of process on the above named defendant was attempted by certified mail on
22 August 30, 2007 at 210 San Lorenzo St., King City, California 93930.  Service of process was
23 unsuccessful due to an incorrect address.
24      Service of process was attempted a second time by certified mail on November 8, 2007 at
25 the amended address of: 210 S. San Lorenzo St., King City, California 93930. Service of process
26 was unsuccessful due to an "undeliverable" address.

                                      1

The Government makes this request based on the charge specified in the Information filed with the Court on September 26, 2007, which was a violation of 18 U.S.C. §13, assimilating California Penal Code §14601.1(a).

SCOTT N. SCHOOLS
United States Attorney

_____
AMY J. NELSON
Special Assistant United States Attorney

IN UNITED STATES DISTRICT COURT

FOR NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 07 00517 RS |
| Plaintiff | ) | |
| vs. | ) | ORDER FOR WARRANT |
| RUBEN CORREA, | ) | |
| Defendant | ) | |

Based on the government's motion and good cause appearing,

IT IS HEREBY ORDERED that a Warrant in the amount of $500.00 be issued for the above named defendant.

Dated: _____ 2007

_____
HOWARD R. LLOYD
United States Magistrate Judge

ENTERED IN CRIMINAL DOCKET ON: _____

ORDER FOR WARRANT