JOSEPH P. RUSSONIELLO (CASBN 44332)
United States Attorney

BRIAN J. STRETCH (CASBN 163973)
Chief, Criminal Division

ROBERT N. MICHAELS (PABN 200918)
Special Assistant United States Attorney

    Defense Language Institute – Criminal Law
    1336 Plummer Street, Building 275
    Monterey, CA 93944
    Telephone: (831) 242-4537
    FAX: (831) 242-5198

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SALINAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 07 00517 RS |
|     Plaintiff, ) | |
| vs. ) | MOTION AND ORDER |
| RUBEN CORREA, ) | FOR SUMMONS |
|     Defendant. ) | |

    The Government hereby requests that a new summons be issued for the above named defendant.

    Service of process on the above named defendant was attempted on 30 August 2007 and again 6 November 2007, in King City, California by the United States Marshall's Office and certified mail. Service of process could not be effected due to an incorrect address for the defendant.

The Government has obtained a new address for the defendant and requests that the time, date, and location of initial hearing on the new summons be 7 April, 2008 at 9:30 AM at the United States Bankruptcy Court, Building 214, 1000 Main Street, Salinas, California.

The defendant's address is 210, 7th Street, King City, California 93930.

The Government makes this request based on the charge specified in the Information filed with the Court on 7 August 2007, which was violation of 18 U.S.C. §13, assimilating California Penal Code §14601.1(a) – Driving When Privilege Revoked or Suspended for Other Reasons.

JOSEPH P. RUSSONIELLO
United States Attorney

ROBERT N. MICHAELS
Special Assistant United States Attorney

**ORDER**

Based on the government's motion and good cause appearing,

IT IS HEREBY ORDERED that a Summons be issued for the above named defendant.

Dated: _____ 2008      _____
RICHARD SEEBORG
United States Magistrate Judge