1  JOSEPH P. RUSSONIELLO (CASBN 44332)
   United States Attorney

2

3  BRIAN J. STRETCH (CASBN 163973)
   Chief, Criminal Division

4  ROBERT N. MICHAELS (PABN 200918)
   Special Assistant United States Attorney

5

       Defense Language Institute – Criminal Law
6      1336 Plummer Street, Building 275
       Monterey, CA  93944
7      Telephone: (831) 242-4537
       FAX: (831) 242-5198

8

   Attorneys for Plaintiff
9

**FILED**

MAR - 9 2008

C...
NORTHE... ...URT
SAN JOSE ...ALIFORNIA

10              UNITED STATES DISTRICT COURT

11            NORTHERN DISTRICT OF CALIFORNIA

12                  SALINAS DIVISION

13

14  UNITED STATES OF AMERICA,        )    No. CR 07 00517 RS
                                     )
15                  Plaintiff,       )
                                     )
16          vs.                      )
                                     )    MOTION AND ORDER
17  RUBEN CORREA,                    )    FOR SUMMONS
                                     )
18                  Defendant.       )
                                     )
19  _____ )

20

21      The Government hereby requests that a new summons be issued for the above named

22  defendant.

        Service of process on the above named defendant was attempted on 30 August 2007 and

23  again 6 November 2007, in King City, California by the United States Marshall's Office and

24  certified mail.  Service of process could not be effected due to an incorrect address for the

25  defendant.

26

1

The Government has obtained a new address for the defendant and requests that the time, date, and location of initial hearing on the new summons be 7 April, 2008 at 9:30 AM at the United States Bankruptcy Court, Building 214, 1000 Main Street, Salinas, California.

The defendant's address is 210, 7th Street, King City, California 93930.

The Government makes this request based on the charge specified in the Information filed with the Court on 7 August 2007, which was violation of 18 U.S.C. §13, assimilating California Penal Code §14601.1(a) – Driving When Privilege Revoked or Suspended for Other Reasons.

.

JOSEPH P. RUSSONIELLO
United States Attorney


_____
ROBERT N. MICHAELS
Special Assistant United States Attorney


## ORDER

Based on the government's motion and good cause appearing,

IT IS HEREBY ORDERED that a Summons be issued for the above named defendant.

Dated: ___3 / 3 /___ 2008

_____
RICHARD SEEBORG
United States Magistrate Judge