1  JOSEPH P. RUSSONIELLO (CASBN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CASBN 163973)
3  Chief, Criminal Division

4  ROBERT N. MICHAELS (PABN 200918)
   Special Assistant United States Attorney
5
           Defense Language Institute – Criminal Law
6          1336 Plummer Street, Building 275
           Monterey, CA  93944
7          Telephone: (831) 242-4537
           FAX: (831) 242-5198
8
   Attorneys for Plaintiff
9

10                         UNITED STATES DISTRICT COURT

11                        NORTHERN DISTRICT OF CALIFORNIA

12                                SALINAS DIVISION

13 | UNITED STATES OF AMERICA,         )   No.  CR 07 00517 RS
                                       )
14 |         Plaintiff,                 )
                                       )   UNITED STATES' MOTION TO
15 |     vs.                            )   DISMISS CASE AND [PROPOSED]
                                       )   ORDER GRANTING MOTION TO
16 | RUBEN CORREA,                      )   DISMISS CASE.
                                       )
17 |         Defendant.                )
   _____ )
18

19                    UNITED STATES' MOTION TO DISMISS CASE

20      The United States respectfully moves that the above-captioned case be dismissed in the interests

21 of justice. The United States has exhausted all attempts to locate the defendant for service.

22
                                           JOSEPH P. RUSSONIELLO
23                                         United States Attorney

24

25                                         _____/S/_____
                                           ROBERT N. MICHAELS
26                                         Special Assistant United States Attorney

                                           1
UNITED STATES' MOTION TO DISMISS CASE AND
[PROPOSED] ORDER GRANTING MOTION TO DISMISS CASE

1 ORDER GRANTING MOTION TO DISMISS CASE.

2 Based on the United States' motion and good cause appearing,

3 IT IS HEREBY ORDERED that the above captioned case be dismissed without prejudice.

4

5 Dated: _____2008            _____

6                                             RICHARD SEEBORG
                                             United States Magistrate Judge