1 | JOSEPH P. RUSSONIELLO (CASBN 44332)
United States Attorney

2 | BRIAN J. STRETCH (CASBN 163973)
3 | Chief, Criminal Division

4 | ROBERT N. MICHAELS (PABN 200918)
Special Assistant United States Attorney

5 |
    Defense Language Institute – Criminal Law
6 |     1336 Plummer Street, Building 275
    Monterey, CA 93944
7 |     Telephone: (831) 242-4537
    FAX: (831) 242-5198

8 | Attorneys for Plaintiff

FILED
APR 28 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SALINAS DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 07 00517 RS |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | UNITED STATES' MOTION TO DISMISS CASE AND [PROPOSED] ORDER GRANTING MOTION TO DISMISS CASE. |
| RUBEN CORREA, | ) | |
| Defendant. | ) | |

UNITED STATES' MOTION TO DISMISS CASE

The United States respectfully moves that the above-captioned case be dismissed in the interests of justice. The United States has exhausted all attempts to locate the defendant for service.

JOSEPH P. RUSSONIELLO
United States Attorney

*/s/ Robert N. Michaels*

ROBERT N. MICHAELS
Special Assistant United States Attorney

1
UNITED STATES' MOTION TO DISMISS CASE AND
[PROPOSED] ORDER GRANTING MOTION TO DISMISS CASE

ORDER GRANTING MOTION TO DISMISS CASE.

Based on the United States' motion and good cause appearing,

IT IS HEREBY ORDERED that the above captioned case be dismissed without prejudice.

Dated: 4-28- 2008

*[signature]*
RICHARD SEEBORG
United States Magistrate Judge

2
UNITED STATES' MOTION TO DISMISS CASE AND
[PROPOSED] ORDER GRANTING MOTION TO DISMISS CASE